**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 98-1070

───────────────

ISAAC HOWARD OAKS,

Plaintiff - Appellant,

versus

JANET RENO, U. S. Attorney General;
JAMES S. GILMORE, III, Attorney General,
Commonwealth of Virginia; DIRECTOR OF
VETERAN'S ADMINISTRATION,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap. James P. Jones, District
Judge. (CA-97-237-B)

───────────────

Submitted: July 30, 1998          Decided: August 25, 1998

───────────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Isaac Howard Oaks, Appellant Pro Se. John Francis Corcoran, OFFICE
OF THE UNITED STATES ATTORNEY, Roanoke, Virginia; Donald Renardo
Ferguson, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his complaint in which he sought a service-connected disability pension. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Oaks v. Reno</u>, No. CA-97-237-B (W.D. Va. Dec. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>